```
 1  HELANE L. MORRISON (Cal. Bar No. 127752)
    SUSAN F. LaMARCA (Cal. Bar No. 215231)
 2    (lamarcas@sec.gov)
    SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
 3    (ocallaghans@sec.gov)
    ELENA RO (Cal. Bar No. 197308)
 4    (roe@sec.gov)
 5
    Attorneys for Plaintiff
 6  SECURITIES AND EXCHANGE COMMISSION
    44 Montgomery Street, Suite 2600
 7  San Francisco, California 94104
    Telephone:  (415) 705-2500
 8  Facsimile:  (415) 705-2501
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                   Plaintiff,<br><br>          vs.<br><br>THE CHILDREN'S INTERNET, INC., et al.,<br><br>                   Defendants. | Case No.  C-06-6003<br><br>STIPULATION AND ORDER EXTENDING TIME TO ANSWER THE COMPLAINT |

## **STIPULATION**

Plaintiff Securities and Exchange Commission (the "Commission") and defendant Peter A. Perez, by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**:

1. Defendant Perez has been served with the complaint;

2. Defendant Perez's response to the complaint is currently due November 7, 2006;

3. Counsel for defendant Perez has requested an extension of 60 days in which to respond to the complaint, to which the Commission's counsel has agreed;

1      4.    The requested extension will not alter the date of any other event or deadline already
2  fixed by Court order;

3  **IT IS THEREFORE STIPULATED AND AGREED:**

4  By and among the undersigned, on behalf of their respective clients, that the answer or other
5  response to the complaint by defendant Perez in the above-captioned matter is due no later than
6  January 8, 2007.

8  **IT IS SO STIPULATED:**

11 Dated: _____        _____
                                            Susan F. LaMarca, Esquire
                                            SECURITIES AND EXCHANGE COMMISSION
                                            44 Montgomery Street, Suite 2600
                                            San Francisco, California 94104
                                            Telephone:  (415) 705-2500
                                            Facsimile:  (415) 705-2501
                                            Attorney for Plaintiff

17 Dated: _____        _____
                                            Michael B. Cohen, Esquire
                                            Florida Bar No:  210196
                                            Pinnacle Corporate Park
                                            500 West Cypress Road Ste 300
                                            Fort Lauderdale, Florida 33309
                                            Telephone: (954) 928-0059
                                            Facsimile: (954) 928-0929
                                            Attorney for Defendant Peter A. Perez

1

2     **IT IS SO ORDERED.**

3

4         10/24/06

5 Dated: _____

                                              _____

6                                               Claudia Wilken
                                              UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28