1  HELANE L. MORRISON (Cal. Bar No. 127752)
   JOHN S. YUN (Cal Bar No. 112260)
2    (yunj@sec.gov)
   SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
3    (ocallaghans@sec.gov)
   ELENA RO (Cal. Bar No. 197308)
4    (roe@sec.gov)

5
   Attorneys for Plaintiff
6  SECURITIES AND EXCHANGE COMMISSION
   44 Montgomery Street, Suite 2600
7  San Francisco, California 94104
   Telephone: (415) 705-2500
8  Facsimile: (415) 705-2501

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12

13 SECURITIES AND EXCHANGE COMMISSION,        Case No. C-06-6003

14         Plaintiff,
                                               AFFADAVIT OF SERVICE ON PETER
15    vs.                                      A. PEREZ

16 THE CHILDREN'S INTERNET, INC., et al.,

17         Defendants.

AFFADAVIT OF SERVICE                                    CASE NO. C-06-6003 CW

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of California

Case Number: 06-6003CW

Plaintiff:
**Securities & Exchange Commission**

vs.

Defendant:
**The Children' Internet, Inc., et al**

For:
Sheila E. O'Callaghan
Securities and Exchange Commission
44 Montgomery St.
Suite 1100
San Francisco, CA 94104

Received by Aallen Bryant & Associates, Inc. on the 16th day of October, 2006 at 5:00 pm to be served on **Peter A. Perez, 500 W. Cypress Creek Rd., Suite 300, Fort Lauderdale, FL 33309**.

I, Barry Ross, being duly sworn, depose and say that on the **17th day of October, 2006 at 4:50 pm, I:**

**AUTHORIZED:** served by delivering a true copy of the **Summons and Complaint with Attachments** with the date and hour of service endorsed thereon by me, to: **Tina Shatzkamer, Assistant**, who stated he/she is authorized to accept service for: **Peter A. Perez** at the address of: **500 W. Cypress Creek Rd., Suite 300, Fort Lauderdale, FL 33309**, and informed said person of the contents therein.

**Additional Information pertaining to this Service:**
Accepted by Tina Shatzkamer, Asst. to Michael Cohen who is authorized to accept for Mr. Perez

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

Barry Ross
290

Subscribed and Sworn to before me on the 19th day of October, 2006 by the affiant who is personally known to me.

NOTARY

Aallen Bryant & Associates, Inc.
P.O. Box 3828
Orlando, FL 32802
(800) 228-3463

Our Job Serial Number: 2006031915
Ref: 12505

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9s

Securities and Exchange Commission v. The Children's Internet, et al.
Case No. C 06 6003 CW

Service Package

Summons

Complaint

Civil Cover Sheet

Order Setting Initial Case Management Conference and ADR Deadlines

Notice of Availability of Magistrate Judge to Exercise Jurisdiction

U.S. District Court Northern California ECF Registration Information Handout