```
1   Kevin R. Martin, SBN 176853
    (kmartin@mcnicholslaw.com)
2   McNICHOLS RANDICK O'DEA
       & TOOLIATOS, LLP
3   5000 Hopyard Road, Suite 400
    Pleasanton, California   94588
4   Telephone      (925) 460-3700
    Facsimile      (925) 460-0969
5
    Attorneys for Defendants, THE CHILDREN'S
6   INTERNET, INC., NASSER V. HAMEDANI,
    SHOLEH A. HAMEDANI, and TWO DOG
7   NET, INC.
```

UNITIED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.:  C-06-6003 CW |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| THE CHILDREN'S INTERNET, INC., NASSER V. HAMEDANI, SHOLEH A. HAMEDANI, PETER A. PEREZ, CORT L. POYNER and TWO DOG NET, INC. | |
| Defendants. | |

To the Court and all parties you are hereby notified that The Children's Internet, Inc., Nasser V. Hamedani, Sholeh A. Hamedani, and Two Dog Net, Inc. representing themselves make the following substitution for new counsel, Kevin R. Martin, Esq., with the law firm McNichols, Randick, O'Dea and Tooliatos, LLP, 5000 Hopyard Rd., Suite 400, Pleasanton, CA 94588.

1

**SUBSTITUTION OF ATTORNEY**

| | | |
|---|---|---|
| 1 | I consent to this substitution. | |
| 2 | Date: December 27, 2006 | _____<br>Nasser V. Hamedani |
| 3 | | |
| 4 | I consent to this substitution. | |
| 5 | Date: December 27, 2006 | _____<br>Sholeh A. Hamedani |
| 6 | I consent to this substitution. | |
| 7 | Date: December 27, 2006 | _____<br>The Children's Internet, Inc. |
| 8 | | |
| 9 | I consent to this substitution. | |
| 10 | Date: December 27, 2006 | _____<br>Two Dog Net, Inc. |
| 11 | I consent to this substitution. | |
| 12 | Date: December 27, 2006 | _____<br>Kevin R. Martin<br>McNICHOLS RANDICK O'DEA & TOOLIATOS, LLP |
| 13 | | |

**IT IS SO ORDERED.**

1/3/07
**Date** _____

_____
**Claudia Wilken**
**UNITED STATES DISTRICT JUDGE**

2

**SUBSTITUTION OF ATTORNEY**

\\Fsprolaw\ProLawDocs\a0113.009\133700.doc

1 **PROOF OF SERVICE**

2    I, Gena Morettini, declare:

3    I am employed in Alameda County, State of California, am over the age of eighteen years, and not a party to the within action. My business address is 5000 Hopyard Road, Suite 400, Pleasanton, California 94588. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service and/or other overnight delivery. Under overnight delivery practice, all mailings are deposited in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business. On the date set forth below, I served the within:

**SUBSTITUTION OF ATTORNEY**

on the parties in this action by placing a true copy thereof in a sealed envelope, and each envelope addressed as follows:

| | |
|---|---|
| Helane L. Morrison | Mr. Michael B. Cohen |
| John S. Yun | Pinnacle Corporate Park |
| Sheila E. O'Callaghan | 500 West Cypress Creek Rd. |
| Ms. Elena Ro | Third Floor, Suite 300 |
| Securities and Exchange Commission - San Francisco District | Fort Lauderdale, FL  33309 |
| 44 Montgomery Street, Suite 2600 | |
| San Francisco, CA 94104 | |

Mr. Thomas LoSavio
Low, Ball & Lynch
505 Montogomery St., 7th Floor
San Francisco, CA  94111-2584

[ X ]   (By U.S. Mail) I caused each such envelope to be served by depositing same, with postage thereon fully prepaid, to be placed in the United States Postal Service in the ordinary course of business at Pleasanton, California.

[ ]   (By Facsimile)  The above-referenced document(s) was transmitted by facsimile transmission to the number(s) shown and the transmission was reported as complete and without error.  Pursuant to Rule 2009(i), I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration.

[ ]   (By Overnight Delivery) I caused each such envelope to be served by depositing same in an authorized area for pick-up by an authorized express service courier (UPS Overnight) the same day it is collected and processed in the ordinary course of business .

[ ]   (By Personal Service) I caused each such envelope to be delivered by hand to the persons named above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 27, 2006, at Pleasanton, California.

_____
Gena Morettini

PROOF OF SERVICE
133700