1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 SECURITIES AND EXCHANGE        )
   COMMISSION,                    )
12                                )         No. C06-6003 CW (BZ)
            Plaintiff(s),         )
13                                )         **ORDER SCHEDULING**
       v.                         )         **SETTLEMENT CONFERENCE**
14                                )
                                  )
15 THE CHILDREN'S INTERNET,       )
   INC., et al.,                  )
16                                )
            Defendant(s).         )
17                                )
   _____ )

18

19       The above matter was referred to Magistrate Judge Bernard

20  Zimmerman for settlement purposes.

21       You are hereby notified that a settlement conference is

22  scheduled for **Tuesday, February 6, 2007, at 9:00 a.m.**, in

23  Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

24  Avenue, San Francisco, California 94102.

25       It is the responsibility of counsel to ensure that whatever

26  discovery is needed for all sides to evaluate the case for

27  settlement purposes is completed by the date of the settlement

28  conference. Counsel shall cooperate in providing discovery

1

1   informally and expeditiously.

2      Lead trial counsel shall appear at the Settlement

3   Conference with the parties.  Any party who is not a natural

4   person shall be represented by the person or persons **not**

5   **directly involved** in the events which gave rise to the

6   litigation but with **full** authority to negotiate a settlement.  A

7   person who needs to call another person not present before

8   accepting, rejecting or making any settlement offer does not

9   have full authority.  If a party is a governmental entity, its

10   governing body shall  designate one of its members or a senior

11   executive to appear at the Settlement Conference with authority

12   to participate in the Settlement Conference and, if a tentative

13   settlement agreement is reached, to recommend the agreement to

14   the governmental entity for its approval.  An insured party

15   shall appear with a representative of the carrier with full

16   authority to negotiate up to the limits of coverage.  The Court

17   shall be notified immediately if the carrier declines to attend.

18   Personal attendance of a party representative will rarely be

19   excused by the Court, and then only upon separate written

20   application demonstrating substantial hardship served on

21   opposing counsel and lodged as early as the basis for the

22   hardship is known.

23      Each party shall prepare a Settlement Conference Statement,

24   which must be served on opposing counsel and lodged (not faxed)

25   with my chambers no later than seven calendar days prior to the

26   conference.  The Statement shall **not** be filed with the Clerk of

27   the Court.  The Statement **may** be submitted on CD-ROM with

28   hypertext links to exhibits.  Otherwise, the portion of exhibits

1  on which the party relies **shall** be highlighted.  The Settlement

2  Conference Statement shall not exceed ten pages of text and

3  twenty pages of exhibits and shall include the following:

4      1.   A brief statement of the facts of the case.

5      2.   A brief statement of the claims and defenses

6  including, but not limited to, statutory or other grounds upon

7  which the claims are founded.

8      3.   A summary of the proceedings to date and any pending

9  motions.

10     4.   An estimate of the cost and time to be expended for

11 further discovery, pretrial and trial.

12     5.   For any party seeking relief, a description of the

13 relief sought, including an itemization of damages.

14     6.   The parties' position on settlement, including present

15 demands and offers and a history of past settlement discussions.

16 The Court's time can best be used to assist the parties in

17 completing their negotiations, not in starting them.

18 Accordingly, plaintiff must serve a demand in writing no later

19 than fourteen days before the conference and defendant must

20 respond in writing no later than eight days before the

21 conference.  If plaintiff seeks attorney's fees and costs,

22 plaintiff's counsel shall either include the fee claim in the

23 demand or make a separate, simultaneous demand for fees and

24 costs.  Counsel shall be prepared at the conference to provide

25 sufficient information to defendant to enable the fee claim to

26 be evaluated for purposes of settlement.  The parties are urged

27 to carefully evaluate their case before taking a settlement

28 position since extreme positions hinder the settlement process.

1    Along with the Statement each party shall lodge with the

2  court a document of no more than three pages containing a **candid**

3  evaluation of the parties' likelihood of prevailing on the

4  claims and defenses, and any other information that party wishes

5  not to share with opposing counsel.  The more candid the parties

6  are, the more productive the conference will be.  This document

7  shall not be served on opposing counsel.

8    It is not unusual for conferences to last three or more

9  hours.  Parties are encouraged to participate and frankly

10  discuss their case.  Statements they make during the conference

11  will not be admissible at trial in the event the case does not

12  settle.  The parties should be prepared to discuss such issues

13  as:

14    1. Their settlement objectives.

15    2. Any impediments to settlement they perceive.

16    3. Whether they have enough information to discuss

17  settlement.  If not, what additional information is needed.

18    4. The possibility of a creative resolution of the dispute.

19    The parties shall notify Magistrate Judge Zimmerman's

20  chambers immediately if this case settles prior to the date set

21  for settlement conference.  Counsel shall provide a copy of this

22  order to each party who will participate in the conference.

23  Dated: January 12, 2007

24  _____

25    Bernard Zimmerman
   United States Magistrate Judge

26

27

28

4