UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff(s),<br><br>     v.<br><br>THE CHILDREN'S INTERNET, INC., et al.,<br><br>          Defendant(s). | No. C06-6003 CW (BZ)<br><br>**ORDER RE OVERDUE PAPERS** |

The parties having not submitted a stipulation for continuance **IT IS HEREBY ORDERED** that the settlement conference shall proceed on February 6, 2007.

**TO**: <u>Defendant(s) and their attorney(s) of record</u>:

On January 12, 2007, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for February 6, 2007.  Your statement was due January 30, 2007.  It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, defendant(s) and their

///

///

///

1

1 | attorney(s) of record will be sanctioned $100 a day for each
2 | day's delay, beginning from the date it was originally due.
3 | Dated: February 1, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\SEC.LP.wpd