UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>         Plaintiff(s),<br>    v.<br>CHILDREN'S INTERNET, INC., et al.<br>         Defendant(s). | No. C06-6003 CW (BZ)<br><br>**ORDER TO PRODUCE MEDICAL REPORT** |

Following the settlement conference on Tuesday, February 6, 2006, at which all parties were represented by counsel, **IT IS HEREBY ORDERED** that defendant, Cort Poyner, shall produce to the plaintiff by **February 16, 2007** a report containing a diagnosis and prognosis of his current medical condition, certified by his treating physician.

Dated: February 6, 2007

                                   Bernard Zimmerman
                           United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\SEC.ORD.MEDREPORT.wpd

1