```
                                            FILED
                                          NOV 1 3 2007
                                         RICHARD W. WIEKING
                                       CLERK, U.S. DISTRICT COURT
                                      NORTHERN DISTRICT OF CALIFORNIA
                                                OAKLAND
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEC,

    Plaintiff,

    v.

CHILDREN'S INTERNET INC.,

    Defendant.

                      /

No. C 06-06003 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the Motion to Compel and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.

    Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: NOV 13 2007

CLAUDIA WILKEN
United States District Judge

cc: Wings; Assigned M/J