| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | MARC J. FAGEL<br>JOHN S. YUN (yunj@sec.gov)<br>SHEILA E. O'CALLAGHAN (ocallaghans@sec.gov)<br>ELANA RO (roe@sec.gov)<br>Attorneys for Plaintiff<br>SECURITIES AND EXCHANGE COMMISSION<br>44 Montgomery Street, Suite 2600<br>San Francisco, California 94104<br>Telephone: (415) 705-2500<br>Telecopy: (415) 705-2501 | **FILED**<br>NOV 2 1 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S INTERNET, NASSER V.<br>HAMEDANI, SHOLEH A. HAMEDANI,<br>PETER A. PEREZ, CORT L. POYNER and<br>TWO DOG NET, INC.<br><br>         Defendants, | Case Number<br>C-06-6003-CW<br><br>**STIPULATION AND<br>[PROPOSED] ORDER TO<br>CONTINUE EXPERT<br>DESIGNATIONS<br>PENDING MOTIONS TO<br>COMPEL**<br><br>Date: N.A.<br>Time: N.A.<br>Judge: Claudia Wilken<br>Courtroom: 2 |

Stip Re: Expert Designations
C-06-6003-CW

## STIPULATION TO CONTINUE EXPERT DESIGNATION DATES

Pursuant to Local Rules 7-12 and 16-2(d), the undersigned parties to the above-entitled action hereby stipulate to the entry of an Order extending the designation of case-in-chief expert witnesses and the serving of case-in-chief expert reports from the current deadline of November 30, 2007 until ten court days after the plaintiff Securities and Exchange Commission ("Commission") takes the depositions of defendants Nasser Hamedani and Sholeh Hamedani. The parties further stipulate that the deadline for the designation of rebuttal expert witnesses and the serving of rebuttal expert reports shall be ten court days after the designation of the case-in-chief experts.

Good Cause exists for this Stipulation because a dispute has arisen between the Commission and the Hamedanis regarding when Nasser Hamedani and Sholeh Hamedani should appear for their depositions in this case. Because of that dispute, the Commission has asked the Court to assign a magistrate judge to hear a discovery motion to compel the Hamedanis' depositions. Such a discovery motion cannot be heard, however, until after the current November 30, 2007 deadline for designating experts has passed. All parties agree that it would be wasteful to designate experts until such experts have been able to review the depositions of Nasser and Sholeh Hamedani. The parties therefore stipulate that the case-in-chief expert designations and reports should not be due until ten court days after the depositions are completed.

Only the dates for designating case-in-chief and rebuttal experts are being modified by this Stipulation. All other dates currently remain the same, including the January 31, 2007 deadline for completing expert discovery.

DATED: November 15, 2007

Respectfully submitted,

*John S. Yun*
John S. Yun
Attorneys for the Plaintiff
SECURITIES AND EXCHANGE COMMISSION


*Michael B. Cohen*
Michael B. Cohen
Attorneys for Defendant
PETER A. PEREZ

Stip Re: Expert Designations
C-06-6003-CW

1

*Thomas LoSavio*
Thomas LoSavio
Low, Ball & Lynch
Attorneys for Defendant
CORT L. POYNER

*Kevin R. Martin*
Kevin R. Martin
Randick, O'Dea & Tooliatos, LLP
Attorneys for Defendants THE CHILDREN'S INTERNET, NASSER V. HAMEDANI, SHOLEH A. HAMEDANI and TWO DOG NET, INC.

## ORDER EXTENDING EXPERT DESIGNATION DEADLINES

BASED UPON THE PARTIES' STIPULATION, the Court hereby orders that the deadline for designating case-in-chief experts and exchanging case-in-chief expert reports shall be extended from November 30, 2007 to ten court days after the completion of the depositions of Nasser Hamedani and Sholeh Hamedani. The Court further orders that designation of rebuttal experts and exchange of rebuttal expert reports shall take place ten court days after the designation of case-in-chief experts. All other dates shall remain the same pending further orders of the Court.

Dated: November 21, 2007

Claudia Wilken, Judge
United States District Court

Stip Re: Expert Designations
C-06-6003-CW

2