**Kevin R. Martin, SBN 176853**
**RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
Pleasanton, California   94588
Telephone       (925) 460-3700
Facsimile        (925) 460-0969

Attorneys for Defendants:
THE CHILDREN'S INTERNET, INC.,
NASSER V. HAMEDANI, SHOLEH
A. HAMEDANI and TWO DOG NET, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>                    Plaintiff,<br><br>        vs.<br><br>THE CHILDREN'S INTERNET, INC., NASSER V. HAMEDANI, SHOLEH A. HAMEDANI, PETER A. PEREZ, CORT L. POYNER,  and TWO DOG NET, INC.<br><br>                    Defendants. | Case No.: C-06-6003 CW (EMC)<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES** |

        Plaintiff Securities and Exchange Commission ("Plaintiff") and Defendants Nasser V.

Hamedani, Sholeh A. Hamedani, The Children's Internet, Inc. and Two Dog Net, Inc.

(collectively "Hamedani Defendants") and Defendants Peter A. Perez ("Perez") and Cort L.

Poyner ("Poyner") by and through their respective counsel, stipulate as follows:

        WHEREAS, the Complaint in this matter was filed by Plaintiff on September 27, 2006,

alleging certain claims for relief, including violations of Securities Act and related torts against

Hamedani Defendants, Perez and Poyner;

        WHEREAS, all defendants filed their respective answers to the complaint, and

        WHEREAS, the SEC, Hamedani Defendants, Perez, and Poyner participated in a

1

1   Settlement Conference before Magistrate Judge Zimmerman on Friday, September 7, 2007; and

2   WHEREAS, the SEC and Hamedani Defendants and Perez reached a tentative settlement

3   and agreement for Consents for Judgments which is subject to approval by the SEC Washington

4   D.C. Office, and

5   WHEREAS, the parties are hoping to have a decision by the members of the Commission

6   regarding the proposed Consents for Judgments between the end of December 2007 and mid

7   January 2008, and

8   WHEREAS, the SEC San Francisco office has presently pending with Magistrate Judge

9   Chen a Motion To Compel production of certain documents and the depositions of Sholeh

10  Hamedani and Nasser Hamedani in this matter, and

11  WHEREAS, in order to avoid unnecessary expenditure of time and resources towards

12  trial preparation, and in compromise of the issues raised in the Motion To Compel, counsel to the

13  parties  NOW THEREFORE, stipulate and agree as follows:

14  1.   Fact discovery cut-off is extended to Friday, January 11, 2008;

15  2.   Nasser Hamedani agrees to appear for deposition on Wednesday, January 9, 2008,

16       and Sholeh Hamedani agrees to appear for deposition on Friday, January 11,

17       2008;

18  3.   Case-in-chief expert designations and reports are due Friday, January 25, 2008,

19       and those experts will be deposed by Friday, February 8, 2008;

20  4.   Rebuttal expert designations and reports are due on Friday, February 8, 2008, and

21       those experts will be deposed by Friday, February 22, 2008; and;

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES   Case No. C-06-6003
CW

1         5.     All other trial and pretrial dates remain the same.

2    SO STIPULATED.

3    Date:  December 3, 2007           RANDICK O'DEA & TOOLIATOS, LLP

4

5    By: _____

6    Kevin R. Martin
     Attorney for Defendants The Children's

7    Internet, Inc., Nasser V. Hamedani,
     Sholeh A. Hamedani and Two Dog

8    Net, Inc.

9    Date:  December 3, 2007           SECURITIES AND EXCHANGE COMMISSION

10

11

12   By: _____

     John S. Yun

13   Attorney for Plaintiff Securities and
     Exchange Commission

14

15   Date:  December 3, 2007           LOW BALL & LYNCH, LLP

16

17   By: _____

18   Tom LoSavio
     Attorney for Defendant Cort L. Poyner

19

20   Date:  December 3, 2007           LAW OFFICES OF MICHAEL COHEN

21

22   By: _____

23   Micheal Cohen
     Attorney for Defendant Peter Perez

24

25   ## ORDER CONTINUING DISCOVERY DEADLINES

26   BASED UPON THE PARTIES' STIPULATION, the Court hereby orders:

27        1.     Fact discovery cut-off is extended to Friday, January 11, 2008;

28

3

2.      Nasser Hamedani agrees to appear for deposition on Wednesday, January 9, 2008, and Sholeh Hamedani agrees to appear for deposition on Friday, January 11, 2008;

3.      Case-in-chief expert designations and reports are due Friday, January 25, 2008, and those experts will be deposed by Friday, February 8, 2008;

4.      Rebuttal expert designations and reports are due on Friday, February 8, 2008, and those experts will be deposed by Friday, February 22, 2008; and;

5.      All other trial and pretrial dates remain the same.

IT IS SO ORDERED.

Date:   December 5, 2007             UNITED STATES DISTRICT COURT

By: _____

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE

C:\Documents and Settings\Workstation\Local Settings\Temp\notesF8C1A4\Stipulation and [Proposed] Order to Continue Discovery Deadlines - C-06-6003 CW (EMC).doc