1  MARC J. FAGEL
   JOHN S. YUN (yunj@sec.gov)
2  SHEILA E. O'CALLAGHAN (ocallaghans@sec.gov)
   ELANA RO (roe@sec.gov)
3  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
4  44 Montgomery Street, Suite 2600
   San Francisco, California  94104
5  Telephone:  (415) 705-2500
   Telecopy:  (415) 705-2501

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>      vs.<br><br>THE CHILDREN'S INTERNET, NASSER V. HAMEDANI, SHOLEH A. HAMEDANI, PETER A. PEREZ, CORT L. POYNER and TWO DOG NET, INC.<br><br>           Defendants, | Case Number<br>C-06-6003-CW<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE AND CERTAIN FILING DATES IN LIGHT OF POTENTIAL SETTLEMENTS**<br><br>Date: March 31, 2008<br>Time: 8:30 am<br>Judge: Claudia Wilken<br>Courtroom: 2 |

# STIPULATION TO CONTINUE PRETRIAL CONFERENCE

Pursuant to Local Rules 7-12 and 16-2(d), the undersigned parties to the above-entitled action hereby stipulate to the entry of an Order continuing the pretrial conference – now set for March 11, 2008 – by one week to March 18, 2008, as well as the related deadlines for the meet-and-confer session of counsel and the filing of the proposed joint pretrial order.

As the Court was advised during the December 13, 2007 case management conference, the staff of the Securities and Exchange Commission ("Commission") has received offers of settlement from defendants The Children's Internet ("TCI"), Two Dog Net, Nasser Hamedani, Sholeh Hamedani and Peter Perez ("Perez"). The staff has just learned that the Commission's members have scheduled their consideration of those settlement proposals for the week of February 25, 2008. If those proposals are accepted, it will leave Cort Poyner ("Poyner") as the only remaining defendant and would reduce the number of claims and issues to be tried. That will, in turn, significantly reduce the length of the trial.

At the current time, the pretrial conference is set for March 11, 2008, which means that the meet and confer session of counsel must take place by February 21, 2008 and the pretrial statement (with related papers) must be filed on February 29, 2008. The parties are concerned that under those deadlines, they must rush to submit papers – such as jury instructions and witness lists – that will not truly inform the Court of the issues to be tried following the settlements and that will no longer be germane. The parties therefore request a one-week extension of the pretrial conference and all related deadlines so that the parties may be able to draft and submit papers to the Court that account for the impact of the settlements. The parties are not asking for any change in the trial date.

To facilitate the preparation of pretrial papers in light of potential settlements, the parties therefore propose that:

1. The pretrial conference be continued from March 11, 2008 at 1:30 p.m. to March 18, 2008 at 1:30 p.m.

2. The final date for the meet and confer session of counsel be continued from February 21, 2008 to February 28, 2008.

3. The final date for submitting the proposed joint pretrial conference statement and all related papers be continued from February 29, 2008 to March 7, 2008.

Stip Re: Continue Pretrial Conference
C-06-6003-CW

1

| | |
|---|---|
| DATED: February 19, 2008 | Respectfully submitted, |

                   *John S. Yun*
                   John S. Yun
                   Attorneys for the Plaintiff
                   SECURITIES AND EXCHANGE COMMISSION

                   *Michael B. Cohen*
                   Michael B. Cohen
                   Attorneys for Defendant
                   PETER A. PEREZ

                   *Thomas LoSavio*
                   Thomas LoSavio
                   Low, Ball & Lynch
                   Attorneys for Defendant
                   CORT L. POYNER

                   *Kevin R. Martin*
                   Kevin R. Martin
                   Randick, O'Dea & Tooliatos, LLP
                   Attorneys for Defendants THE CHILDREN'S
                   INTERNET, NASSER V. HAMEDANI, SHOLEH A.
                   HAMEDANI and TWO DOG NET, INC.

## **ORDER CONTINUING PRETRIAL CONFERENCE**

BASED UPON THE PARTIES' STIPULATION, the Court hereby orders that (i) the pretrial conference be continued from March 11, 2008 at 2:00 p.m. to March 18, 2008 at 2:00 p.m., (ii) the final date for the meet and confer session of counsel be continued from February 21, 2008 to February 28, 2008, and (iii) the final date for submitting the proposed joint pretrial conference statement and all related papers be continued from February 29, 2008 to March 7, 2008. All other dates shall remain the same pending further orders of the Court.

Dated: February 25, 2008

                                                  Claudia Wilken, Judge
                                                  United States District Court