MARC J. FAGEL
JOHN S. YUN (yunj@sec.gov)
SHEILA E. O'CALLAGHAN (ocallaghans@sec.gov)
ELENA RO (roe@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S INTERNET, INC., NASSER V. HAMEDANI, SHOLEH A. HAMEDANI, PETER A. PEREZ, CORT L. POYNER and TWO DOG NET, INC.,<br><br>Defendants. | Case No. C-06-6003-CW<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S REQUEST FOR PERMISSION TO BRING IN AND USE ELECTRONIC EQUIPMENT; and**<br><br>[PROPOSED] **ORDER GRANTING PERMISSION TO BRING IN AND USE ELECTRONIC EQUIPMENT** |

**REQUEST FOR PERMISSION REGARDING ELECTRONIC EQUIPMENT**

Plaintiff Securities and Exchange Commission ("Commission") requests permission to bring in electronic equipment into Courtroom 2 during the week of March 24, 2008 before 2:00 p.m. and during the week of March 31, 2008 during trial. The equipment the Commission requests permission to bring into Courtroom 2 is as follows: two (2) laptop computers, one (1) cell phone, one (1) switchbox, five (5) monitors, one (1) audio speaker, and miscellaneous cables and connectors. In addition, the Commission requests permission to use electronic equipment in Courtroom 2 during the same time period specified above. The courtroom equipment the Commission requests permission to use is as follows: one (1) projector, one (1) projector screen, one (1) Elmo visual presenter, one (1) audio speaker and miscellaneous cables and connectors.

**[PROPOSED] ORDER**

Having considered the request for permission to bring in electronic equipment into Courtroom 2 during the week of March 24, 2008 before 2:00 p.m. and during the week of March 31, 2008 during trial, as well as the request for permission to use electronic equipment in Courtroom 2 during the same time period, and for good cause appearing, permission to bring in and use the requested equipment in Courtroom 2 is **GRANTED**. The equipment permitted to be brought into Courtroom 2 is as follows: two (2) laptop computers, one (1) cell phone, one (1) switchbox, five (5) monitors, one (1) audio speaker, and miscellaneous cables and connectors. The equipment permitted to be used in Courtroom 2 is as follows: one (1) projector, one (1) projector screen, one (1) Elmo visual presenter, one (1) audio speaker and miscellaneous cables and connectors.

**IT IS SO ORDERED.**

Dated: March 26, 2008

_____
HONORABLE CLAUDIA WILKEN
Judge of the United States District Court

Respectfully submitted:

By: _____
Elena Ro
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION