IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CHILDREN'S INTERNET, INC., et al.<br><br>    Defendants.<br>_____/ | No. C 06-6003 CW<br><br>ORDER OVERRULING DEFENDANT'S OBJECTIONS TO PLAINTIFF'S DEMONSTRATIVE EXHIBITS |

    Defendant Cort Poyner objects to certain of the demonstrative exhibits that Plaintiff intends to use during its opening statement.  The Court has reviewed the exhibits and finds them proper.  Defendant's objections are therefore OVERRULED.

    IT IS SO ORDERED.

Dated: 3/28/08

                                                      CLAUDIA WILKEN<br>
                                                      United States District Judge