MARC J. FAGEL
JOHN S. YUN (yunj@sec.gov)
SHEILA E. O'CALLAGHAN (ocallaghans@sec.gov)
ELENA RO (roe@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S INTERNET, INC., NASSER V. HAMEDANI, SHOLEH A. HAMEDANI, PETER A. PEREZ, CORT L. POYNER and TWO DOG NET, INC.,<br><br>Defendants. | Case No. C-06-6003-CW<br><br>**REVISED PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S REQUEST FOR PERMISSION TO BRING IN AND USE ELECTRONIC EQUIPMENT; and**<br><br>**ORDER GRANTING PERMISSION TO BRING IN AND USE ELECTRONIC EQUIPMENT** |

**REVISED REQUEST FOR PERMISSION REGARDING ELECTRONIC EQUIPMENT**

Plaintiff Securities and Exchange Commission ("Commission") requests permission to bring in electronic equipment into Courtroom 2 during the week of March 24, 2008 before 2:00 p.m. and during the week of March 31, 2008 during trial. The equipment the Commission requests permission to bring into Courtroom 2 is as follows: two (2) laptop computers, one (1) cell phone, one (1) switchbox, five (5) monitors, one (1) audio speaker, <u>two (2) 54 inch plasma monitors</u>, and miscellaneous cables and connectors. In addition, the Commission requests permission to use electronic equipment in Courtroom 2 during the same time period specified above. The courtroom equipment the Commission requests permission to use is as follows: one (1) projector, one (1) projector screen, one (1) Elmo visual presenter, one (1) audio speaker and miscellaneous cables and connectors.

**ORDER**

Having considered the request for permission to bring in electronic equipment into Courtroom 2 during the week of March 24, 2008 before 2:00 p.m. and during the week of March 31, 2008 during trial, as well as the request for permission to use electronic equipment in Courtroom 2 during the same time period, and for good cause appearing, permission to bring in and use the requested equipment in Courtroom 2 is **GRANTED**. The equipment permitted to be brought into Courtroom 2 is as follows: two (2) laptop computers, one (1) cell phone, one (1) switchbox, five (5) monitors, one (1) audio speaker, <u>two (2) 54 inch plasma monitors</u>, and miscellaneous cables and connectors. The equipment permitted to be used in Courtroom 2 is as follows: one (1) projector, one (1) projector screen, one (1) Elmo visual presenter, one (1) audio speaker and miscellaneous cables and connectors.

**IT IS SO ORDERED.**

Dated: March 28, 2008

_____
HONORABLE CLAUDIA WILKEN
Judge of the United States District Court

Respectfully submitted:

By: _____
         Elena Ro

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION