MARC FAGEL
JOHN S. YUN (yunj@sec.gov)
SHEILA E. O'CALLAGHAN  (ocallaghans@sec.gov)
ELENA RO (roe@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE CHILDREN'S INTERNET, INC., et al.,<br><br>    Defendants. | Case No.  C-06-6003<br><br>STIPULATION AND [PROPOSED] ORDER THAT CIVIL MONETARY PENALTIES BE DETERMINED BY THE COURT |

## **STIPULATION**

Plaintiff Securities and Exchange Commission (the "Commission") and defendant Cort L. Poyner, by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**:

1. A jury trial currently is scheduled starting March 31 to determine if defendant Poyner is liable for violations of the securities laws;

2. At the Pre-trial conference held before this Court on Tuesday, March 18, the parties agreed, in the event the jury found Poyner liable, the Court (not the jury) determines whether to impose injunctions, disgorgement and remedial bars against Poyner;

3. At the pre-trial conference, however, Defendant Poyner objected to the Court determining whether to impose a civil penalty and the amount of any such penalty;

4. Defendant Poyner has since withdrawn his objection.

**IT IS THEREFORE STIPULATED AND AGREED:**

By and among the undersigned, on behalf of their respective clients, that the decision to impose a civil monetary penalty, pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)], and the amount of any such penalty is properly decided by the Court based upon the jury's determination of liability.

**IT IS SO STIPULATED:**

Dated: March 27, 2008    /s/ *John S. Yun* _____
John S. Yun
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

Dated: March 27, 2008    /s/ *Thomas LoSavio* _____
Thomas LoSavio
Low, Ball & Lynch
Attorney for Defendant Cort L. Poyner

**IT IS SO ORDERED.**

3/28/08

Dated: _____    _____
Claudia Wilken, Judge
UNITED STATES DISTRICT COURT