IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C 06-6003 CW |
| Plaintiff, | ORDER CONCERNING OBJECTIONS TO DEPOSITION DESIGNATIONS |
| v. | |
| THE CHILDREN'S INTERNET, INC., et al. | |
| Defendants. | |

Each party has objected to certain portions of the deposition designations the other party intends to introduce at trial. The Court has reviewed the designations and issues the following rulings on the objections:

All of Defendant's objections are overruled. All of Plaintiff's objections are overruled, except that Plaintiff's objections to the following deposition designations are sustained:

1) Page 62, line 24 through page 66, line 12 of the deposition of Defendant Cort L. Poyner; and

2) Lines 7 through 11 on page 77 of the deposition of Defendant Cort L. Poyner.

IT IS SO ORDERED.

Dated: 3/28/08

_____
CLAUDIA WILKEN
United States District Judge