IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

CORT POYNER,

    Defendant.

No. 06-06003 CW

STIPULATION AND ORDER

FILED
APR - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

By agreement of the parties, it is hereby stipulated that trial exhibit 123 be admitted.

_____
Attorney for Plaintiff

_____
Attorney for Defendant Cort Poyner

IT IS SO ORDERED:

Dated   APR - 2 2008

_____
CLAUDIA WILKEN
United States District Judge