MARC J. FAGEL
JOHN S. YUN (yunj@sec.gov)
SHEILA E. O'CALLAGHAN (ocallaghans@sec.gov)
ELENA RO (roe@sec.gov)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Telecopy: (415) 705-2501

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE CHILDREN'S INTERNET, NASSER V. ) <br> HAMEDANI, SHOLEH A. HAMEDANI, ) <br> PETER A. PEREZ, CORT L. POYNER and ) <br> TWO DOG NET, INC. ) <br> ) <br> Defendants, ) <br> ) | Case Number <br> C-06-6003-CW <br><br> **STIPULATION AND ORDER SETTING BRIEFING AND HEARING SCHEDULE REGARDING PLAINTIFF'S REMEDIES MOTIONS** <br><br> Date: N.A. <br> Time: N.A. <br> Judge: Claudia Wilken <br> Courtroom: 2 |

Stip Re: Remedies Motion Schedule
C-06-6003-CW

**STIPULATION FOR REMEDIES BRIEFING AND HEARING**

On April 3, 2008, the Court directed the Securities and Exchange Commission ("Commission") to file its motions seeking remedies against defendants The Children's Internet ("TCI"), Two Dog Net ("TDN"), Nasser Hamedani, Sholeh Hamedani and Cort L. Poyner ("Poyner") (collectively, "Defendants") by Friday, April 25, 2008. The Court also directed the Commission and Defendants to attempt to submit a schedule for briefing and the remedies hearing by Monday, April 28, 2008. In the event that a satisfactory schedule was proposed, the Court would vacate the case management conference now set for April 29, 2008.

The parties have since learned from the Court's website, however, that the Court will not be available for hearings from Thursday, May 15, 2008 through Friday, June 6, 2008. If the Commission had regularly noticed its motion, as filed on April 25, 2008, the hearing would take place on Thursday, May 29, 2008, if only 34-days notice was provided, or on Thursday, June 5, 2008, if at least 35-days notice was provided. Given the Court's unavailability, neither of those hearing dates is available. The parties have therefore met and conferred to submit the following proposed schedule:

May 1, 2008. The Commission's motion papers for remedies against Defendants shall be filed and served.

May 22, 2008. Defendants' opposition papers shall be filed and served.

May 29, 2008. The Commission's reply papers shall be filed and served.

June 12, 2008 at 2:00 p.m. The Court shall hear the Commission's motions for remedies against Defendants.

Defendants reserve their right to request an evidentiary hearing with live testimony and the Commission reserves its right to object to such an evidentiary hearing as unnecessary or improper. Additionally, if the Court accepts this schedule, the case management conference on April 29, 2008 should be vacated.

DATED:   April 18, 2008

Respectfully submitted,

*John S. Yun*
John S. Yun
Attorneys for the Plaintiff
SECURITIES AND EXCHANGE COMMISSION

    *Thomas J. LoSavio*
Thomas LoSavio
Low, Ball & Lynch
Attorneys for Defendant
CORT L. POYNER

    *Kevin R. Martin*
Kevin R. Martin
Randick, O'Dea & Tooliatos, LLP
Attorneys for Defendants THE CHILDREN'S INTERNET, NASSER V. HAMEDANI, SHOLEH A. HAMEDANI and TWO DOG NET, INC.

## ORDER SETTING BRIEFING AND HEARING ON REMEDIES MOTIONS

Based upon the foregoing Stipulation and its own availability, the Court hereby sets the following briefing and hearing schedule for the Securities and Exchange Commission's remedies motions against The Children's Internet ("TCI"), Two Dog Net ("TDN"), Nasser Hamedani, Sholeh Hamedani and Cort L. Poyner ("Poyner") (collectively, "Defendants"):

    May 1, 2008.  The Commission's motion papers for remedies against Defendants shall be filed and served.

    May 22, 2008.  Defendants' opposition papers shall be filed and served.

    May 29, 2008.  The Commission's reply papers shall be filed and served.

    June 12, 2008 at 2:00 p.m.  The Court shall hear the Commission's motions for remedies against Defendants.

Additionally, the case management conference on April 29, 2008 is hereby vacated.

    SO ORDERED.

Dated: April 22, 2008

                                   Claudia Wilken, Judge
                                   United States District Court