1  **Kevin R. Martin, SBN 176853**
   kmartin@randicklaw.com
2  **RANDICK O'DEA & TOOLIATOS, LLP**
   5000 Hopyard Road, Suite 400
3  Pleasanton, California   94588
   Telephone:      (925) 460-3700
4  Facsimile:      (925) 460-0969

5  Attorneys for Defendants
   THE CHILDREN'S INTERNET, INC., NASSER V. HAMEDANI,
6  SHOLEH A. HAMEDANI and TWO DOG NET, INC.

7

8                    **UNITED STATES DISTRICT COURT\**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                            **OAKLAND DIVISION**

11

12  SECURITIES AND EXCHANGE COMMISSION,     Case No.  C-06-6003-CW

13              Plaintiff,

14        v.                                **STIPULATION AND ORDER
                                            CONTINUING BRIEFING
15  THE CHILDREN'S INTERNET, NASSER V.      SCHEDULE AND REMEDIES
    HAMEDANI, SHOLEH A. HAMEDANI, PETER     MOTION HEARING DATE
16  A. PEREZ, CORT L. POYNER and TWO DOG    AS MODIFIED
    NET, INC.,
17
18              Defendants.

19

20        **STIPULATION TO CONTINUE BRIEFING AND REMEDIES HEARING**

21        WHEREAS, on May 22, 2008, counsel for the parties met and conferred regarding

22  counsel for Defendants The Children's Internet, Inc., Nasser V. Hamedani, Sholeh A. Hamedani,

23  and Two Dog Net, Inc. concerns regarding apparent conflict of interest in connection with

24  continued representation of Defendants through the remedies hearing;

25        WHEREAS, parties agreed that counsel for Defendants would file his motion to be

26  relieved as counsel for one or more of the parties on May 23, 2008; and

27  / / /

28                                                                          1

1    WHEREAS, the parties agreed in light of that pending motion counsel for the parties

2  agreed that the remedies hearing and briefing schedule should be continued;

3    WHEREAS, in order to provide sufficient time for the motion to be filed, the

4  modification of the briefing schedule and continuance of the remedies hearing as to Defendants

5  The Children's Internet, Inc., Nasser V. Hamedani, Sholeh A. Hamedani, and Two Dog Net,

6  Inc., the parties have met and conferred to submit the following proposed schedule:

7    1. Counsel for Defendants The Children's Internet, Inc., Nasser V. Hamedani, Sholeh A.

8  Hamedani, and Two Dog Net, Inc. shall file his motion to be relieved as counsel for one or more

9  of the parties on **May 23, 2008** to be heard on shortened time on **June 12, 2008 at 2:00 p.m.**

10    2. That Defendants The Children's Internet, Inc., Nasser V. Hamedani, Sholeh A.

11  Hamedani, and Two Dog Net, Inc. shall have a two week extension up to and including **June 19,**

12  **2008** in which to file any opposition to the SEC's Motion For Remedies;

13    3.  That the SEC's Motion For Remedies Hearing Date as to Defendants The Children's

14  Internet, Inc., Nasser V. Hamedani, Sholeh A. Hamedani, and Two Dog Net, Inc. shall be

15  continued to **July 3, 2008 at 2:00 p.m**.

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28                                                                                                2

1    Defendants reserve their right to request an evidentiary hearing with live testimony and

2    the Commission reserves its right to object to such an evidentiary hearing as unnecessary or

3    improper.

4    IT IS SO STIPULATED:

5    Date:   May 22, 2008                    RANDICK O'DEA & TOOLIATOS, LLP

6

7                                            By:   *Kevin R. Martin*

8                                                  Kevin R. Martin, Attorneys for
                                             Defendants THE CHILDREN'S INTERNET,
9                                            INC., NASSER V. HAMEDANI, SHOLEH A.
                                             HAMEDANI and TWO DOG NET, INC.
10

11

12   Date:   May 22, 2008                    SECURITIES AND EXCHANGE COMMISSION

13

14                                           By:   *John S. Yun*
                                                   John S. Jun, Attorneys for Plaintiff
15                                           SECURITIES AND EXCHANGE
                                             COMMISSION
16

17   Date:   May 22, 2008                    LOW, BALL & LYNCH

18

19                                           By:   *Thomas LoSavio*

20                                                 Thomas LoSavio, Attorneys for
                                             Defendant CORT L. POYNER
21

22

23

24

25

26

27

28                                                                                      3

1    **ORDER CONTINUING BRIEFING SCHEDULE AND REMEDIES HEARING DATE**

2         Based upon the foregoing Stipulation and its own availability, the Court hereby sets the

3    following briefing and hearing schedule for the Securities and Exchange Commission's remedies

4    motion as to **all** Defendants:

5         1.    Counsel for Defendants The Children's Internet, Inc., Nasser V. Hamedani,

6    Sholeh A. Hamedani, and Two Dog Net, Inc. shall file his motion to be relieved as counsel for

7    one or more of the parties on **May 23, 2008** to be heard on shortened time on **June 12, 2008 at**

8    **2:00.  Opposition to the motion is due on May 30.  Any reply is due on June 6.**

9         2.    That the SEC's Motion For Remedies Hearing Date as to **all** Defendants is

10   continued to **July 3, 2008 at 2:00 p.m.  Opposition to the SEC's motion is due on June 5.**

11   **The SEC's reply is due on June 12.**

12   SO ORDERED

13

14   Dated:  May _23__, 2008

15                                              _____

16                                              Claudia Wilken, Judge
                                               UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28                                                                                    4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28