**Kevin R. Martin, SBN 176853**
kmartin@randicklaw.com
**RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
Pleasanton, California   94588
Telephone:     (925) 460-3700
Facsimile:      (925) 460-0969

Attorneys for Defendants
THE CHILDREN'S INTERNET, INC., NASSER V. HAMEDANI,
SHOLEH A. HAMEDANI and TWO DOG NET, INC.

# UNITED STATES DISTRICT COURT\

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>       v.<br><br>THE CHILDREN'S INTERNET, NASSER V. HAMEDANI, SHOLEH A. HAMEDANI, PETER A. PEREZ, CORT L. POYNER and TWO DOG NET, INC.,<br><br>           Defendants. | Case No.  C-06-6003-CW<br><br>**STIPULATION AND<br>ORDER CONTINUING BRIEFING SCHEDULE** |

### STIPULATION TO CONTINUE BRIEFING SCHEDULE

WHEREAS, on June 4, 2008, counsel for the parties met and conferred regarding Kevin R. Martin, counsel for Defendants The Children's Internet, Inc., Nasser V. Hamedani, Sholeh A. Hamedani, and Two Dog Net, Inc., information that defendant TCI had recently renewed its merger with The Children's Internet Holding Company ("TCIH"), and that Richard Lewis of TCIH had indicated TCIH would be retaining separate independent counsel to represent TCI's interest at the June 12, 2008 hearing, and for purposes of filing a separate response to the SEC's motion for remedies set for July 3, 2008.

1

1    WHEREAS, counsel agreed that in light of this pending substitution of counsel and
2 representation for TCI, that any opposition to the remedies motion on behalf of Nasser
3 Hamedani, Sholeh Hamedani and Two Dog Net, Inc. would be due on **June 12, 2008**.
4 IT IS SO STIPULATED:

Date:   June 5, 2008                           RANDICK O'DEA & TOOLIATOS, LLP

By:   */s/     Kevin R. Martin*
       Kevin R. Martin, Attorneys for
       Defendants THE CHILDREN'S INTERNET,
       INC., NASSER V. HAMEDANI, SHOLEH A.
       HAMEDANI and TWO DOG NET, INC.

Date:   June 5, 2008                           SECURITIES AND EXCHANGE COMMISSION

By:   */s/     John S. Yun*
       John S. Jun, Attorneys for Plaintiff
       SECURITIES AND EXCHANGE
       COMMISSION

### ORDER

Pursuant to Stipulation of Counsel, and good cause showing, the opposition on behalf of Nasser Hamedani, Sholeh Hamedani and Two Dog Net, Inc. to the SEC's Motion For Remedies and Injunctive Relief shall now be due on June 12, 2008.

**IT IS SO ORDERED.**

6/12/08

_____
**UNITED STATES DISTRICT COURT**

2

STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE
USDC CASE NO. C-06-6003-CW                                              173162