```
1  MARC J. FAGEL (Cal. Bar No. 154425)
   JOHN S. YUN (yunj@sec.gov) (Cal. Bar No. 112260)
2  SHEILA E. O'CALLAGHAN (ocallaghans@sec.gov) (Cal. Bar No. 131032)
   ELENA RO (roe@sec.gov) (Cal. Bar No. 197308)
3
4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
6  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. C-06-6003-CW |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER ENTERING THE REVISED FINAL JUDGMENT AS TO DEFENDANT CORT L. POYNER |
| CORT L. POYNER, | |
| Defendant. | |

**STIPULATION**

Plaintiff Securities and Exchange Commission (the "Commission") and Defendant Cort L. Poyner, by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**:

1. The Court entered its Final Judgment As To Defendant Cort L. Poyner on October 23, 2008 ("Final Judgment");

2. The Commission respectfully requests the Court to make a typographical correction in Section IV of the Final Judgment to change the United States Code cross-reference for Section 15(a)(1) of the Securities Exchange Act of 1934 from 15 U.S.C. Section 78p(a) to 15 U.S.C. Section 78o(a);

3.    The Commission and Defendant Poyner have stipulated to having the Court make the typographical correction and enter the attached [Proposed] Revised Final Judgment As To Defendant Cort L. Poyner.

**IT IS THEREFORE STIPULATED AND AGREED:**

By and among the undersigned, on behalf of their respective clients, that the Court may enter the attached [Proposed] Revised Final Judgment As To Defendant Cort L. Poyner, changing the United States Code cross-reference for Section 15(a)(1) of the Securities Exchange Act of 1934 from 15 U.S.C. Section 78p(a) to 15 U.S.C. Section 78o(a).

**IT IS SO STIPULATED:**

Dated:  October 24, 2008      _/s/ *Elena Ro*_____
Elena Ro
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

Dated:  October 24, 2008      _/s/ *Thomas LoSavio*_____
Thomas LoSavio
Low, Ball & Lynch
Attorney for Defendant CORT L. POYNER

**IT IS SO ORDERED.**

Dated:  11/3/08      _____
Claudia Wilken, Judge
UNITED STATES DISTRICT COURT