IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>THE CHILDREN'S INTERNET, INC., et al.<br><br>      Defendants.<br>_____/ | No. C 06-6003 CW<br><br>ORDER CONCERNING CORT POYNER'S REPRESENTATION AND OPPOSITION TO MOTION FOR CONTEMPT |

    Plaintiff's objection to the statement of non-representation of Defendant Cort Poyner by the firm of Low, Ball & Lynch is SUSTAINED.  "Counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case."  Civ. Local R. 11-5(a).  Counsel must move for leave to withdraw and must give Mr. Poyner and Plaintiff an opportunity to oppose the motion.  Mr. Poyner's opposition to Plaintiff's motion for contempt must be filed by June 18 unless leave is obtained to do otherwise.

    IT IS SO ORDERED.

Dated: 6/9/09

                              CLAUDIA WILKEN
                              United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SEC,

       Plaintiff,

v.

CHILDREN'S INTERNET INC. et al,

       Defendant.

Case Number: CV06-06003 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cort L. Poyner
1119 Vista Del Mar Drive
Delray Beach, FL 33483

Dated: June 9, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2