1  THOMAS J. LOSAVIO, #051023
   LOW, BALL & LYNCH
2  505 Montgomery Street, 7th Floor
   San Francisco, California  94111-2584
3  Telephone (415) 981-6630
   Facsimile (415) 982-1634
4  Email: tlosavio@lowball.com

5  Attorneys for Defendant
   CORT L. POYNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. C-06-6003 CW (EMC) |
| Plaintiff, | STIPULATION AND ORDER **DENYING** CONTINUING HEARING DATE AND MODIFYING BRIEFING SCHEDULE |
| v. | |
| THE CHILDREN'S INTERNET, INC., NASSER V. HAMEDANI, SHOLEH A. HAMEDANI, PETER A PEREZ, CORT L. POYNER, and TWO DOG NET, INC., | |
| Defendants. | |

WHEREAS, plaintiff the United States Securities and Exchange Commission (the "Commission") has submitted a motion to hold defendant Cort L. Poyner in civil contempt for his failure to pay the disgorgement and prejudgment interest ordered by the Court, which motion is presently set for hearing on July 9, 2009 at 2:00 p.m., and

WHEREAS, Mr. Poyner has requested additional time to respond to the plaintiff's motion, and plaintiff has, subject to the court's approval of same, consented to extend the hearing date and briefing schedule for that motion,

NOW THEREFORE, the below-signed counsel agree that, upon the Court's consent, the hearing date for the Commission's contempt motion be, and it hereby is, extended to July 16, 2009; Mr. Poyner's papers in opposition to that motion must be served and filed so that they arrive by July 2, 2009

at 4:00 p.m., and the Commission's reply papers must be served and filed so that they arrive by July 9, 2009 at 5:00 p.m.

Dated: June 16, 2009                                   Dated: June 16, 2009

LOW, BALL & LYNCH                              SECURITIES AND EXCHANGE COMMISSION

By: /S/ Thomas J. LoSavio                          By: /S/ John S. Yun
    Thomas J. LoSavio                                  John S. Yun
    Counsel for Defendant                            Counsel for Plaintiff
    Cort L. Poyner                                         Securities and Exchange Commission

ATTESTATION OF CONCURRENCE DOCUMENT FILING

I, the undersigned filer and Signatory of this document, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories, to wit, John S. Yun.

Dated: June 16, 2009

LOW, BALL & LYNCH

By /S/ Thomas J. LoSavio
    THOMAS J. LOSAVIO
    Attorneys for Defendant
    Cort L. Poyner

**DENIED.  Last brief must be filed 2 weeks before hearing date.**

Dated: 6/17/09

    *Claudia Wilken*
    Claudia Wilken
    United States District Court