UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEC,

    Plaintiff,

  v.

CHILDREN'S INTERNET INC.,

    Defendant.

NO. C 06-06003 CW

**AMENDED
MINUTE ORDER**
Date: 7/16/09

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**    **Court Reporter:**  Raynee Mercado

**Appearances for Plaintiff:**
John Yun

**Appearances for Defendant:**
Kevin Martin

### Motions:

| | | |
|---|---|---|
| Dfts. The Children's Internet, Nasser Hamedani, Sholeh Hamedani and Two Dog Net. Inc. | Mo. to withdraw as attorney | Under Submission |

Further briefing due:
Order to be prepared by:  Court

Notes:  Mr. Martin served clients at last known address.  Mr. Martin needs to send out to each defendant explanation of motion, specifying that corporation cannot represent itself and, if not represented, cannot appear, and that Court is tentatively inclined to grant the motion.  If defendants oppose the motion, all defendants need to file something by 8/3/09.  Defendants must give address upon which they would like all papers to be served.  Mr. Martin to prepare form for defendants' to fill out and return with e-mail addresses, phone numbers and good addresses, and if defendants change their address, they need to notify the Court immediately.

Copies to:  Chambers