IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C 06-6003 CW |
| Plaintiff, | ORDER INSTRUCTING DEFENDANTS TO RESPOND TO MOTION TO WITHDRAW AS COUNSEL (Docket No. 286) |
| v. | |
| THE CHILDREN'S INTERNET, INC., et al. | |
| Defendants. | |

Kevin R. Martin and the law office of Randick O'Dea & Tooliatos, LLP have moved to withdraw as counsel for Defendants The Children's Internet, Inc. (TCI), Two Dog Net, Inc. (TDN), Nasser Hamedani and Sholeh Hamedani.[1]  All of these defendants were served with this motion.  The SEC opposes withdrawal.  The matter was heard on July 16, 2009 and the Court is inclined to grant counsel's motion.

Defendants have not informed the Court whether they consent to Mr. Martin's withdrawal.  To facilitate the Court's resolution of this motion, each of the above Defendants must fill in the attached form and return it to the Court by August 3, 2009.  Defendants may return the form in person or by mail to:

---

[1] Defendant Cort L. Poyner is represented by different counsel.

|||
|---|---|
|1||U.S. District Court|
|2||Clerk of the Court<br>1301 Clay St.<br>Room 400 South|
|3||Oakland, CA 94612.|

4 Each of the above Defendants must provide the Court with a mailing
5 address to which all papers in this matter may be served.  Each of
6 the above Defendants also must immediately notify the Court of any
7 change in their address.

8     If the Court does not receive the attached form by August 3rd
9 for any Defendant, the Court will interpret this as consent to
10 counsel's withdrawal.  Any Defendant who opposes counsel's
11 withdrawal must file a memorandum in support of its opposition by
12 August 3, 2009.

13     As corporations, TCI and TDN cannot represent themselves in
14 legal proceedings.  If TCI and/ or TDN consent to counsel's
15 withdrawal, or counsel is allowed to withdraw over their objection,
16 TCI and/or TDN must file a notice of appearance by its new counsel
17 or resolution of matters in this action will be entered against TCI
18 and/or TDN through default.

20     IT IS SO ORDERED.

22 Dated: 7/20/09

                        CLAUDIA WILKEN
                        United States District Judge

2

**NOTE TO CLERK OF THE COURT: FILE THIS FORM UPON RECEIPT**

**SEC v. The Children's Internet, Inc., et al., No. C 06-6003 CW**

**FORM REGARDING MOTION TO WITHDRAW AS COUNSEL**

1. Defendant's name: _____

2. Provide your current mailing address, telephone number and email address.

   _____
   _____
   _____

   Phone: _____

   Email: _____

3. Do you consent to the withdrawal of Kevin R. Martin and the law office of Randick O'Dea & Tooliatos, LLP as counsel in this matter?  Circle one.          YES         NO

4. For Nasser Hamedani and Sholeh Hamedani <u>only</u>:  If you consent to the withdrawal, will you be represented by new counsel or will you represent yourself in this matter?  Circle one.

   NEW COUNSEL          REPRESENT MYSELF

   Note:  If you have retained new counsel, your new counsel must file a notice of appearance with the Court.

5. For The Children's Internet, Inc. (TCI) and Two Dog Net, Inc. (TDN) <u>only</u>:  As corporations, TCI and TDN cannot represent themselves in this action.  If TCI and/ or TDN consent to the withdrawal, TCI and/or TDN must file a notice of appearance by its new counsel or resolution of matters in this action will be entered against TCI and/or TDN through default.  Has TCI and/ or TDN retained new counsel?  Circle one.          YES  NO

   Note:  If TCI or TDN have retained new counsel, its new counsel must file a notice of appearance with the Court.

If you do not consent to the withdrawal, you must file a memorandum in opposition to Mr. Martin's motion to withdraw and serve it on him and on Plaintiff by August 3, 2009.

**FORM CONTINUED ON NEXT PAGE.**

3

**NOTE TO CLERK OF THE COURT: FILE THIS FORM UPON RECEIPT**

**SEC v. The Children's Internet, Inc., et al., No. C 06-6003**

**FORM REGARDING MOTION TO WITHDRAW AS COUNSEL**
**(continued)**

For Nasser Hamedani and Sholeh Hamedani <u>only</u>:

    I declare under penalty of perjury that the information contained in this form is true and correct to the best of my knowledge.

Dated: _____   Signed by: _____

                                          Print name: _____

For TCI <u>only</u>:

    I declare under penalty of perjury that I am an agent of The Children's Internet, Inc. (TCI), I am authorized by TCI to provide the information requested in this form and that the information contained in this form is true and correct to the best of my knowledge.

Dated: _____   Signed by: _____

                                          Print name: _____

For TDN <u>only</u>:

    I declare under penalty of perjury that I am an agent of Two Dog Net, Inc. (TDN), I am authorized by TDN to provide the information requested in this form and that the information contained in this form is true and correct to the best of my knowledge.

Dated: _____   Signed by: _____

                                          Print name: _____

    Return this form to the Court by <u>August 3, 2009</u> in person or by mail to:
        U.S. District Court
        Clerk of the Court
        1301 Clay St.
        Room 400 South
        Oakland, CA 94612.