IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>CHILDREN'S INTERNET INC. CORT POYNER, et al.,<br><br>      Defendants.<br>_____/ | No. C 06-06003 CW<br><br>ORDER EXTENDING TEMPORARY CONTINUANCE OF HEARING FOR CONTEMPT AND ORDERING MEDICAL REPORT BY FEBRUARY 16, 2010 |

    On December 3, 2009, the Court temporarily continued the hearing set for December 4, 2009 on Plaintiff's motion for civil contempt and remedial sanctions against Defendant Cort Poyner. The continuance was based upon the declaration of Thomas J. LoSavio, Mr. Poyner's attorney, who stated that Mr. Poyner was suffering from serious health problems and had been hospitalized. Marcie McNeely, who has power of attorney for Mr. Poyner and is making decisions regarding his health, submitted a declaration substantiating the seriousness of Mr. Poyner's health problems. The Court ordered Mr. LoSavio to file a written update, with supporting medical documentation, regarding Mr. Poyner's medical condition, within forty days.

    On January 12, 2010, Mr. LoSavio filed a declaration requesting an indefinite continuance of the hearing based on Mr. Poyner's poor physical health.

    Plaintiff opposes the request for an indefinite continuance

and requests that the Court order a further update on Mr. Poyner's medical condition by February 16, 2010. Upon receipt of Mr. Poyner's medical update, Plaintiff hopes to submit a proposal for going forward with the contempt evidentiary hearing.

Having considered the papers filed by the parties, the Court extends the temporary continuance of the contempt hearing. Mr. LoSavio is ordered to file a report from Mr. Poyner's treating physician or physicians regarding Mr. Poyner's medical condition by February 16, 2010.

IT IS SO ORDERED.

Dated: January 15, 2010

CLAUDIA WILKEN
United States District Judge

2