IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

CHILDREN'S INTERNET INC., et al.,

    Defendants.

    No. C 06-06003 CW

ORDER FOR TEMPORARY CONTINUANCE OF CONTEMPT HEARING

    On March 2, 2010, this Court issued an order denying Defendant Cort Poyner's third request to continue the hearing for contempt and set May 11, 2010 as the date for the hearing. On April 13, 2010, Thomas J. LoSavio, Mr. Poyner's attorney, filed a declaration stating that Mr. Poyner was hospitalized due to complications from a kidney transplant. Mr. LoSavio stated that Mr. Poyner was unable to assist in his defense and was unaware of when he would be able to do so.

    Based on this information, the Court continues the hearing for contempt to July 13, 2010 at 9:00 am. At least two weeks before the date of the hearing, Mr. Poyner shall notice and complete all depositions that he will use at the evidentiary hearing and shall provide to Plaintiff copies of any hearing exhibits, including

financial information and explanations for cash transfers that the Court previously ordered.  Plaintiff must provide Mr. POyner with copies of its exhibits, at least two weeks before the date of the hearing.

IT IS SO ORDERED.

Dated: May 4, 2010

CLAUDIA WILKEN
United States District Judge